Li Zu
1007 E Hillview Dr.
Salt Lake City, Utah 84124
Telephone: 801-664-9496

FILED
U.S. DISTRICT COURT
2018 OCT 19 A 8:30
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# NOTICE OF APPEAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| LI ZU, an individual,<br><br>Plaintiff,<br><br>v.<br>AVALON HEALTH CARE, INC. a corporation d/b/a/ AVLON HEALTH CARE GROUP, AVALON VALLEY REHABILITATION CENTER, LLC,<br><br>Defendants. | File No. 2:15-cv-00845-CW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Li Zu, Plaintiff in the above named case, hereby appeal to the United States Court of Appeal for the Tenth Circuit Order-Defendants' Motion for Summary Judgment is granted, and the action is dismissed with prejudice entered in this action on the 21th day of September, 2018.

Li Zu

/s/ Li Zu
10/19/2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEAL has been served via United States Postal Service on the 19th day of October, 2018 upon:

MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
C. Seth Ensign
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111

By: Ann Clark

*Ann Clark*
10-19-18

```
Court Name: District Court
Division: 1
Receipt Number: 4681983854
Cashier ID: tracy
Transaction Date: 10/19/2018
Payer Name: Li Zu
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Li Zu
 Case/Party: D-UTX-2-15-CV-000845-001
 Amount:         $505.00
-------------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
-------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```